IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

IN RE:                                     )
                                           )
AMENDMENTS TO THE LOCAL RULES OF           )    Misc. No. 2003-06
CIVIL PROCEDURE                            )
_____ )

## ORDER

It is hereby **ORDERED** that the amendments to the Local Rules of Civil Procedure, proposed in this Court's November 6, 2007, Notice, shall not become effective on December 17, 2007.  The amendments to the Local Rules of Civil Procedure shall become effective on January 14, 2008.

**Dated: December 14, 2007**                    S\_____
                                                     **CURTIS V. GÓMEZ**
                                                      **Chief Judge**

Copies:

        Hon. Raymond L. Finch
        Hon. Geoffrey W. Barnard
        Hon. George W. Cannon
        Wilfredo F. Morales, Clerk of the Court
        Carol C. Jackson
        Cicely Francis
        Theresa Thomas
        Monica Ruhle
        Olga Schneider
        STT Law Clerks
        STX Law Clerks
        Members of the V.I. Bar