DISTRICT COURT OF THE VIRGIN ISLANDS

IN RE: )
)
) Misc. No. 2003-06
AMENDMENTS TO THE LOCAL RULES OF )
CIVIL PROCEDURE )
)

ORDER

The Court previously proposed the addition of Local Rule of Civil Procedure ("LRCi") 82.1 and amendments to LRCi 83.1. Pursuant to 28 U.S.C. § 2071, the Court solicited and received comments on LRCi 82.1 and 83.1 from January 3, 2011 to February 22, 2011. Some of the suggestions and comments received by the Court are incorporated into the new rules. Accordingly, it is hereby

**ORDERED** that LRCi 82.1 and 83.1 shall be effective on April 29, 2011.

The new rules are attached to this order.

CURTIS V. GÓMEZ
Chief Judge

Dated: April 29, 2011

RAYMOND L. FINCH
Judge

Dated: April 29, 2011